# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HERBERT PENROSE,

    Plaintiff,

vs.

FIRST MAGNUS FINANCIAL CORP. et al.,

    Defendants.

3:18-cv-00276-RCJ-VPC

**ORDER**

Plaintiff sued Defendants in this Court to prevent the nonjudicial foreclosure of property in which he claimed an interest. The Court denied preliminary injunctive relief and granted a motion to dismiss, because the action was precluded by prior state court judgments. Moreover, recorded documents of which the Court could take judicial notice negated allegations concerning the loan origination, and the remaining allegations were based on invalid legal theories. The Court directed the Clerk to close the case but did not enter a separate judgment. Plaintiff has asked the Court to reconsider, but there is no basis to reconsider. Plaintiff identifies no newly discovered evidence or intervening change in the law.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 16) is DENIED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment.

IT IS SO ORDERED.

Dated this 24th day of January, 2019.

_____
ROBERT C. JONES
United States District Judge